UNITED STATES of America, Plaintiff—Appellee,

v.

Francisco DURAN–GUZMAN, Defendant—Appellant.

No. 00–50313.

D.C. No. CR–97–00467–1.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2002 *.

Decided Feb. 20, 2002.

Before B. FLETCHER, T. NELSON and TALLMAN, Circuit Judges.

MEMORANDUM **

Francisco Duran–Guzman appeals the district court's order re-sentencing him to a 77–month sentence for his guilty plea conviction for being an illegal alien found in the United States following deportation and conviction, in violation of 8 U.S.C. § 1326(a). Duran's attorney has moved to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that the appeal presents no appealable issues.

Because our independent review of the record discloses no arguable issues, coun-

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

sel's motion to withdraw is granted and the judgment is

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.